# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

**No. 201600146**

_____

**UNITED STATES OF AMERICA**
Appellee

v.

**BRADLEY A. BACON**
Sergeant (E-5), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel L.J. Francis, USMC.
For Appellant: Lieutenant Commander Ryan C. Mattina,
JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 9 August 2016

_____

Before PALMER, FULTON, and STINSON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and the sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court